■ JEFF KIRBY, INC., Respondent, v VARSITY INN OF ROCHESTER, INC., Appellant. (Appeal No. 1.)—Order unanimously affirmed, with costs, on the opinion at Special Term, Boomer, J. (Appeal from order of Monroe Supreme Court—vacate foreign judgment.) Present—Marsh, P. J., Simons, Dillon, Goldman and Witmer, JJ. [82 Misc 2d 937.]

■ L & W AIRCONDITIONING CO., INC., Respondent, v VARSITY INN OF ROCHESTER, INC., Appellant (Appeal No. 2.)—Order unanimously affirmed, on the opinion at Special Term, Boomer, J. (Appeal from order of Monroe Supreme Court—vacate foreign judgment.) Present—Marsh, P. J., Simons, Dillon, Goldman and Witmer, JJ. [82 Misc 2d 937.]

■ In the Matter of NIAGARA COMMUNITY COLLEGE FACULTY ASSOCIATION, Appellant, v ROBERT D. HELSBY et al., Respondents.—Judgment unanimously affirmed, without costs, for the reasons stated at Special Term, Kronenberg, J. (See, also, *People v Wooley,* 40 NY2d 699; *State Div. of Human Rights v Shenango, Inc.,* 55 AD2d 852.) (Appeal from judgment of Erie Supreme Court—art 78.) Present—Marsh, P. J., Simons, Dillon, Goldman and Witmer, JJ. [89 Misc 2d 653.]